against the Boorum & Pease Company and another.

PER CURIAM. Judgment and order affirmed, with costs.

BURR, J., dissents.

___

TRAUTMANN, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 22, 1914.) Action by Louise Trautmann, an infant, etc., against the International Railway Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held: (1) That the verdict of the jury is against the weight of the evidence on the question of defendant's negligence. (2) That, in view of the law of the case as charged by the court, it was error to refuse to charge, as requested, "that the motorman cannot be found guilty of negligence in increasing the speed of the car, unless he knew, or should have known, that the plaintiff was in a position of danger."

___

TRUBENBACK, Respondent, v. STANSBURY, Appellant (two cases). (Supreme Court Appellate Division, Second Department. October 16, 1914.) Action by Harry L. Trubenback against James H. Stansbury.

PER CURIAM. Judgment and order affirmed, with costs.

CARR, J. dissents.

___

TRUPIANO, Respondent, v. TRUPIANO, Appellant. (Supreme Court, Appellate Division, Second Department. October 30, 1914.) Action by Rose Trupiano, an infant, by Cono Macchuroli, her guardian ad litem, against Michael Trupiano. No opinion. Order affirmed, with $10 costs and disbursements.

___

TUR et al. v. ARRUE. (Supreme Court, Appellate Division, First Department. November 13, 1914.) Action by Jose Tur and another against Miguel S. Arrue. No opinion. Motion granted, with $10 costs. Order filed. See, also, 156 App. Div. 547, 141 N. Y. Supp. 586.

___

TUTHILL et al. v. FORBES. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by Frank H. Tuthill and others against Margaret E. Forbes. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 149 N. Y. Supp. 559.

___

ULSTER BRICK CO., Respondent, v. MURTHA & SCHMOHL CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 6, 1914.) Action by the Ulster Brick Company against the Murtha & Schmohl Company. No opinion. Order affirmed, with $10 costs and disbursements.

___

UNITED DISTILLERS' CO., Respondent, v. CLIFFORD, Appellant. (Supreme Court, Appellate Division, First Department. November 13, 1914.) Action by the United Distillers' Company against Patrick A. Clifford. J. W. Heffernan, of Elmira, for appellant. L. Sachs, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

___

UNITED STATES ASPHALT REFINING CO. v. TEXAS CO. (No. 6190.) (Supreme Court, Appellate Division, First Department. October 23, 1914.) Appeal from Special Term, New York County. Action by the United States Asphalt Refining Company against the Texas Company. From an order requiring a bill of particulars, defendant appeals. Modified and affirmed. See, also, 149 N. Y. Supp. 1115. Guy Stevens, of New York City, and James L. Nesbitt, of Brooklyn, for appellant. Jacob Newman, of New York City (Nathan Ballin, of New York City, of counsel), for respondent.

PER CURIAM. The order appealed from should be modified as follows: Under the heading "As to the First Defense," in the first paragraph, after the words "for the resale of distillate," insert "of same grade and quality as sample referred to in the contract between the parties." In the second paragraph, strike out the last clause, "If said offers were made in writing, that the defendant annex copies of such written offers." Strike out the fourth paragraph. Under the heading "As to the Second Separate Defense," strike out the second paragraph. Under the heading, "As to the First Counterclaim," strike out the words "and if said offers were made in writing, that the defendant annex copies of said written offers thereto." As so modified, the order should be affirmed, without costs.

___

UNITED STATES ASPHALT REFINING CO. v. TEXAS CO. (No. 6356.) (Supreme Court, Appellate Division, First Department. November 6, 1914.) Appeal from Special Term, New York County. Action by the United States Asphalt Refining Company against the Texas Company. From a Special Term order granting a motion for a bill of particulars of the reply to defendant's counterclaim, plaintiff appeals. Modified and affirmed. See, also, 149 N. Y. Supp. 1115. Jacob Newman, of New York City (Nathan Ballin, of New York City, of counsel), for appellant. Guy Stevens, of New York City, and James L. Nesbitt, of Brooklyn, for respondent.

PER CURIAM. There seems to be no necessity or propriety in requiring particulars called for by the following paragraphs of the affidavit upon which granted: As to the defense to the first counterclaim, Nos. 1, 2, 3, 4, 6, 7, 12, 13,